**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

TERESA SAFIE,                              CASE NO.:

    Plaintiff,
vs.

ONE ADVANTAGE, LLC,

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, TERESA SAFIE, ("Plaintiff" "SAFIE"), by and through the undersigned attorneys, hereby sues the Defendant, ONE ADVANTAGE, LLC, ("Defendant"), and states as follows:

**NATURE OF ACTION**

1. This is an action brought pursuant to the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. § 1692 et. Seq.

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction of this case under the Federal Debt Collections Practices Act, 15 U.S.C. § 1692k, and 28 U.S.C. § 1331 and 1367.

3. Venue is proper in the United States District Court for the Southern District of Florida under 28 U.S.C. § 1391(a) through (d).

**PARTIES**

4. Plaintiff, TERESA SAFIE, is a natural person residing in Miami-Dade County, Florida.

5. Plaintiff is a "consumer" as defined by 15 U.S.C §1692a(3).

6. Defendant, One Advantage, LLC ("Defendant") is an entity that at all relevant ties was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C §1692a(5).

7. One Advantage, LLC is a "debt collector" as defined by 15 U.S.C. §1692a(6).

## FACTUAL ALLEGATIONS

8. Defendant sought to collect an alleged debt arising from medical services rendered by South Miami Hospital.

9. The alleged debt Defendant sought to collect from Plaintiff is a debt within the meaning of 15 U.S.C. §1692a(5). Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

10. On September 30, 2017, Plaintiff had surgery at South Miami Hospital.

11. Sometime thereafter, Plaintiff received a statement from South Miami Hospital stating that she owed $7,965.30. This statement was incorrect, as Plaintiff has health insurance which covered all medical expenses for the procedure.

12. Immediately, Plaintiff disputed said charges by calling and writing a letter to South Miami Hospital dated June 27, 2018, attached as Exhibit "A", in which she did not receive a response.

13. On August 21, 2018, Plaintiff received a letter from a collection agency, One Advantage LLC, see attached as Exhibit "B".

14. On September 4, 2018, Plaintiff's counsel, sent out a Cease and Desist letter to both South Miami Hospital and One Advantage, LLC, see attached Composite Exhibit "C".

15. Plaintiff continued to receive calls from One Advantage and letters for payment from South Miami Hospital requesting payment. See attached Composite Exhibit "D".

16. Despite notice to South Miami Hospital and Defendant, that the Plaintiff had retained counsel and disputed the debt, the Defendant continued to contact Plaintiff directly.

## COUNT I - 15 U.S.C 1692d

17. Plaintiff re-allege and incorporates paragraphs 1 through 16 by reference herein.

18. Defendant knew that the amounts it sought to collect in their correspondence to Plaintiff was in violation of the Fair Debt Collections Practices Act.

19. The Defendant knew the debt at issue were illegitimate and the legal right to collect those amounts from the Plaintiff did not exist for the reasons set forth above.

20. The Defendant violated 15 U.S.C 1692d, by willfully engaging in conduct which could reasonably be expected to abuse or harass Plaintiff, by continuously calling Plaintiff.

**WHEREFORE**, Plaintiff, TERESA SAFIE respectfully request judgment be entered against Defendant, ONE ADVANTAGE, LLC, for the recovery of statutory damages of $1,000.00 pursuant to 15 U.S.C. 1692k, actual damages, reasonable attorney's fees, and costs of the action pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

## COUNT II - 15 U.S.C 1692e(2)

21. Plaintiff re-allege and incorporates paragraphs 1 through 16 by reference herein.

22. The Defendant violated 15 U.S.C 1692e(2) by using false, deceptive, or misleading representation or means in connection with the collection of the debt by sending correspondence to Plaintiff.

**WHEREFORE**, Plaintiff, TERESA SAFIE, respectfully request judgment be entered against Defendant, ONE ADVANTAGE, LLC, for the recovery of statutory damages of $1,000.00 pursuant to 15 U.S.C. 1692k, actual damages, reasonable attorney's fees, and costs of the action

pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

### COUNT III – Violation of 15 U.S.C 1692e(10)

23.   Plaintiff re-alleges and incorporates paragraphs 1 through 16 by reference herein.

24.   Defendant attempts to collect a debt violated 15 USC 1692e(10) by using false representation or deceptive means to collect or attempt to collect the debt when it knew or should have known the debt did not belong to Plaintiff.

**WHEREFORE**, Plaintiff,  TERESA SAFIE respectfully request judgment be entered against Defendant, ONE ADVANTAGE, LLC, for the recovery of statutory damages of $1,000.00 pursuant to 15 U.S.C. 1692k, actual damages, reasonable attorney's fees, and costs of the action pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

### COUNT IV– Violation of 15 U.S.C 1692f(1)

25.   Plaintiff re-alleges and incorporates paragraphs 1 through 16 by reference herein.

26.   Defendant violated 15 U.S.C. §1692f(1). The Defendant's conduct was unfair or unconscionable where it knowingly and intentionally sought to recover amounts which it was not legally entitled to recover. The Defendant knew the amounts sought were illegitimate and the legal right to collect those amounts did not exist for the reasons set forth above.

### COUNTY V– Violation of 15 U.S.C 1692c(2)

27.   Plaintiff re-alleges and incorporates paragraphs 1 through 16 by reference herein.

28.   Defendant violated 15 U.S.C. §1692c(2). The Defendant was on notice that the Plaintiff was represented by counsel but continued to call the Plaintiff and failed to stop billing statements from being sent to the Plaintiff.

**WHEREFORE**, Plaintiff, TERESA SAFIE, respectfully request judgment be entered against Defendant, ONE ADVANTAGE, LLC, for the recovery of statutory damages of $1,000.00, pursuant to 15 U.S.C. 1692k, actual damages, reasonable attorney's fees, and costs of the action pursuant to 15 USC 1692k, together with prejudgment interest and such further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff, TERESA SAFIE, hereby demands a trial by jury of all issues triable.

Dated this 15th day of August 2019

                Respectfully submitted,
                **Amador & Cuellar, PLLC.**
                7340 SW 90TH STREET
                MIAMI, FL 33156
                TEL. (305) 901-3337
                FAX. (305) 647-0669
                SERVICE EMAIL: efiling@aclawoffices.net

BY: /s/ *Monica Amador*
     MONICA AMADOR, ESQ.
     FLORIDA BAR NO. 29994
     ABBIE B. CUELLAR, ESQ.
     FLORIDA BAR NO. 97756

# TERESA D. SAFIE

## 32155 SW 206 AVENUE

## HOMESTEAD, FLORIDA 33030

6-27-2018

SOUTH MIAMI HOSPITAL – VIA PRIORITY MAIL OVERNIGHT.

PO BOX 830880

MIAMI, FLORIDA 33283

RE: ACCOUNT # 1409947-1 SHOWING AMOUNT DUE:$7,965.30

SERVICES FROM 9-30-2017 THROUGH 10-01-2017

TO WHOM IT MAY CONCERN:

THIS LETTER IS TO CONTEST THIS BILL AS I DO NOT OWE YOU ANYTHING.

MY PROCEEDURE WAS COVERED 100% BY MY INSURANCE COMPANY AND IF I WENT INTO THE HOSPITAL TO HAVE IT DONE WAS BECAUSE I WAS COVERED.

ALSO, THIS BILL GIVES NO SPECIFICATION EXACTLY WHAT IT IS YOU PRETEND TO COLLECT FROM ME, JUST DATES, THIS IS COMPELTELY UNACCEPTABLE.

NUMBER 1: BEFORE YOU MAKE THE THREATS YOU MAKE TO ME IN YOUR RIDICULOUS INVOICES, MAKE SURE YOU ARE EXPLAINING THE CHARGES IN DETAIL.

NUMBER 2: IT'S IMPOSSIBLE TO TRY TO TALK TO YOU GUYS OVER THE PHONE, I'VE BEEN ON HOLD UP TO AN HOUR AND HAD TO HANG UP.

NUMBER 3: I DO NOT OWE ANYTHING, EVERYTHING WAS COVERED AND THIS IS NEWS AS LOOK AT ALL THE MONTHS THAT HAVE GONE BY.

NUMBER 4: MY DOCTOR'S ASSISTANT HAS TRIED TO HELP ME BY CALLING YOU AND YOU PEOPLE WON'T TALK TO HER.

I THEREFORE AUTHORIZE ANGIE FROM DR. MARK BROUDO'S OFFICE AT FACE AND BODY TO TALK TO YOU PEOPLE ABOUT MY ACCOUNT, WHICH NEEDS TO HAE A ZERO BALANCE INMEDIATELY OR I'M JUST GOING TO HIRE AN ATTORNEY.

TERESA D SAFIE


EXHIBIT "A"



**One Advantage, LLC**
7789 NW 48th Street Suite #330
Doral, FL 33166
800-645-4382

| | |
|---|---|
| Statement Date: | 08/21/18 |
| Creditor: | South Miami Hospital |
| Patient: | Teresa Safie |
| Date of Service: | 09/30/17 |
| Creditor Acct. Number: | 1409947-1 |
| Account Number: | 46874798 |
| Balance: | $7,965.30 |

TERESA SAFIE
32155 SW 206TH AVE
HOMESTEAD, FL 33030-2621

Dear TERESA SAFIE,

As a result of your failure to pay the above balance, your account has been referred to us for resolution. Please understand that your account is seriously past due.

If you have health insurance (or Medicaid), please contact our office and we will assist you with filing for reimbursement. Please arrange for payment of any portion of your bill that will not be covered by your insurance.

If you do not have any form of insurance and need help to pay your bill, you may be eligible for Baptist Health's Financial Assistance Program. You may call us to request an application. If you have any questions, please contact us. Your cooperation is essential in order to resolve this matter promptly.

PLEASE CALL OUR OFFICE AT 800-645-4382
Office Hours (Eastern Time Zone)
Monday - Friday 8am - 5pm Eastern

Send correspondence to: One Advantage, LLC 7789 NW 48th Street Suite #330, Doral, FL 33166

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

---

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
MED-18233/MC0351- 213663433257
One Advantage, LLC • 7789 NW 48th Street Suite 330 • Doral, FL 33166  MC0351

Page 1 of 2
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT
4189/0002088/0009

7789 NW 48th Street Suite #330
Doral, FL 33166

| 46874798 | IF PAYING WITH CREDIT CARD, FSA, OR FLEX FILL OUT BELOW |
|---|---|
| | CHECK CARD USING FOR PAYMENT |

□ VISA   □ [MC]   □ [check]   □ DISCOVER   □ [AMEX]

CARD NUMBER

SIGNATURE          CCV# (Last 3 digits on back of card)
                   EXP DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT # |
|---|---|---|
| 08/21/18 | $7,965.30 | 1409947-1 |

SHOW AMOUNT PAID HERE  $

□ Please check box if below address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

ADDRESSEE:

TERESA SAFIE
32155 SW 206TH AVE
HOMESTEAD, FL 33030-2621
                                        12164

REMIT TO:

One Advantage, LLC
PO Box 23950
Belleville, IL 62223

EXHIBIT **B**

One Advantage, LLC  800-645-4382



# Health & Medicine Law Firm
## Patient and Consumer Advocates

2525 Ponce De Leon Blvd., Suite 300 | Coral Gables, FL 33134
Phone: 305-200-8747 | Fax: 305-200-8701
www.healthandmedicinelawfirm.com

## NOTICE TO CEASE AND DESIST
## ANY FURTHER COLLECTION ACTIVITY

September 4, 2018

**VIA U.S. PRIORITY MAIL**
One Advantage, LLC
7789 NW 48th Street, Suite 330
Doral, FL 33166

RE:   **Teresa Safie**
      **Account# 46874798**
      **Creditor Account #: 1409947-1**

Dear Sir/Madam:

I represent Ms. Teresa Safie ("Ms. Safie") in this matter. I write in response to the statement dated August 21, 2018 received by Ms. Safie from your office, enclosed herein for your reference. Please be advised that Ms. Safie disputes the total amount billed of $7,965.30 in its entirety. Ms. Safie disputed these charges and requested additional information from South Miami by letter dated June 27, 2018 via Priority Overnight Mail. She also made several attempts to resolve this dispute by telephone, but was unable to reach anyone to assist her. This account was improperly sent to collections, as Ms. Safie timely disputed the charges and also requested itemized billing information which was never provided by South Miami Hospital. According to Ms. Safie's records any and all charges during the treatment period should have been covered by her health insurer.

Furthermore, the statement received from One Advantage reflects a balance in the amount of $7,965.30 with no description of services and is *vague* and *ambiguous*. This ambiguity deprives Ms. Safie of her right to fully understand the statement and her *legal rights of disclosure* related to medical services because insufficient information is given. As such, clarification is necessary. The only information provided lists South Miami as the creditor with an account number of 1409947-1 and date of service September 30, 2017.

Please provide an itemized list of charges for the services billed and an explanation of the charges. This is not a request for medical records only an itemized list of the charges with an explanation of each specific charge next to each line item in accordance with §381.026 (4)(c)(7), Fla. Stat.[1] including the following:

---

[1] §381.026, Fla. Stat. delineates the Florida Patient's Bill of Rights and Responsibilities. §381.026 (4)(c)(7), Fla. Stat. *specifically states* that a patient has a right to receive copy of an itemized bill *upon request*. A patient has a right to be given an *explanation of charges upon request*.

Composite
EXHIBIT
"C"

In Re: Teresa Safie
Account No.: 1409947-1
Page 2 of 2

1. Specific details related to the services performed by medical professionals for the dates listed, including but not limited to:

    a. name(s) of the treating physician(s), technician(s), and/or provider(s);
    b. name of any medical staff that performed services;
    c. details of any and all medical equipment used;
    d. details of any and all medical drugs administered;
    e. medical billing codes used, including ICD9, ICD10, CPT codes; and
    f. any and all provider numbers used to bill the insurance company for each service billed.

I request that no further action be taken on this account and that disclosure of information be provided in accordance with §381.026 (4)(c)(7), Fla. Stat.[2] Furthermore, Sections 458.323 and 459.012 of the Florida Statutes require that a patient receive itemized billing information from medical doctors and osteopathic physicians. The law specifically states that whenever a licensed physician renders professional services to a patient, the physician is required, upon request, to submit to the patient, an itemized statement of the specific services rendered, and the charge for each, no later than the physician's next regular billing cycle which follows the fifth day after the rendering of professional services. A physician may not condition the furnishing of an itemized statement upon prior payment of the bill.

Ms. Safie further disputes the amount of $7,965.30 billed as she believes it is not based upon a reasonable and necessary amount, nor is Ms. Safie legally bound by this billing charge as estimated by South Miami.[3]

Please cease collections immediately and comply with the following request for information **within fifteen (15) days from the date of this letter**. An Authorization for Release of Protected Health Information directed to release information to this firm signed by Ms. Safie is enclosed for your reference. Should One Advantage continue to attempt to collect on this account, all legal means at our disposal will be exercised for improper collection activities.

Respectfully submitted,

Maria T. Santi, Esq.

Enclosure(s)
cc:  Teresa Safie (*via e-mail only*)
     David Friedman, Esq. (*via e-mail only*)

---

[2] *Id.*
[3] *A.J. v. State*, 677 So.2d 935, 937 (4th DCA 1996)

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION

**A.** I, **TERESA D. SAFIE** (hereinafter "Patient"), **D.O.B.** September 30, 1966, **Social Security Number ending in** 3785____, Account No. 1409947-1, authorize that **ONE ADVANTAGE LLC** and its agents, attorneys, and personnel to obtain and disclose (within the parameters set out below) the health information and protected health information ("PHI") described below for the following specific purposes:

   1) Facilitating the investigation and evaluation of the billing statements related to the medical services that took place from September 30, 2017 through and including October 1, 2017 for the above referenced account.

**B.** The health information obtained, used, or disclosed extends to, and includes, verbal health information as well as written health information and is described as follows:

   1) The health information in the custody of **BAPTIST HEALTH SOUTH FLORIDA and SOUTH MIAMI HOSPITAL** and **ONE ADVANTAGE LLC** related to health care providers who have examined, evaluated, or treated the Patient solely limited to this account.

   2) The type of information to be used or disclosed is as follows:

The Patient's medical records and other data in your possession relating to the medical services provided from September 30, 2017 through and including October 1, 2017, at South Miami Hospital, including, but not limited to, medical records, reports, charts, X rays, statements, billing information, itemized billing information and billing codes for medical services provided to the Patient from September 30, 2017 through and including October 1, 2017 to pursue my interests.

You are also authorized to discuss with them my treatment and care and to furnish them with a full medical report, medical summaries, medical billing codes, statements and billing codes for this account, including but not limited to billing statements and invoices.

- Protected health information "PHI" shall be released for the following specific purposes:

   1) Facilitating the investigation and evaluation of the billing practices and charges related to treatment for the Patient.

- The health information obtained, used, or disclosed extends to, and includes, the verbal as well as the written and is described as follows:

The health information in the custody of **ONE ADVANTAGE LLC** related to health care providers who have examined the patient, evaluated the medical records, medical bills, medical charges and/or applicable policies, related to the Patient solely limited to this account.

**C.** The person or class of persons to whom the Patient authorizes such health care information to be disclosed or by whom such health care information is to be used:

1

Maria T. Santi, Esquire
Health and Medicine Law Firm, PLLC
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
Telephone: 305-200-8747
msanti@healthandmedicinelawfirm.com
www.healthandmedicinelawfirm.com

**D.** This authorization expressly allows the persons or class of persons listed in section C to use the information for purposes described in paragraphs A and B.

**E.** This authorization expires within one (1) year of the date signed or upon full resolution of this matter.

**F.** The Patient understands that, the information requested in her health record may include information relating to sexually transmitted disease, acquired immune deficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, sexual abuse, and treatment for alcohol and drug abuse or a court order.

**G.** The Patient understands that, without exception, the Patient has the right to revoke this authorization in writing.

**H.** The Patient understands that signing this authorization is not a condition for continued treatment, payment, enrollment, or eligibility for health plan benefits.

**I.** The Patient understands that information used or disclosed under this authorization may be subject to additional disclosure by the recipient and may not be protected by federal HIPAA privacy regulations.

**J.** A copy of this signed authorization shall be effective and valid as the original.

**Patient:** *TERESA D. SAFIE* (Sep 4, 2018)
Signature

**Date:** Sep 4, 2018

**Patient:** TERESA DELMY SAFIE
Printed Name

**Patient Representative (if applicable):**

_____
Signature

**Date:** Sep 4, 2018



# HIPAA form - One Advantage LLC

Adobe Sign Document History 09/04/2018

| | |
|---|---|
| Created: | 09/01/2018 |
| By: | Maria Santi (msanti@healthandmedicinelawfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAuQR5qdZIN3g5gNtZqexNSm0LPRV_Wnuq |

## "HIPAA form - One Advantage LLC" History

- 📄 Document uploaded by Maria Santi (msanti@healthandmedicinelawfirm.com) from Acrobat
  09/01/2018 - 1:47:16 PM PDT- IP address: 99.106.27.248

- ✉ Document emailed to TERESA D.SAFIE (tdsafie@gmail.com) for signature
  09/01/2018 - 1:48:10 PM PDT

- 📄 Document viewed by TERESA D.SAFIE (tdsafie@gmail.com)
  09/02/2018 - 6:22:40 AM PDT- IP address: 66.102.7.247

- ✍ Document e-signed by TERESA D.SAFIE (tdsafie@gmail.com)
  Signature Date: 09/04/2018 - 6:21:31 AM PDT - Time Source: server- IP address: 162.226.143.136

Adobe Sign



# Health & Medicine Law Firm
## Patient and Consumer Advocates

2525 Ponce De Leon Blvd., Suite 300 | Coral Gables, FL 33134
Phone: 305-200-8747 | Fax: 305-200-8701
www.healthandmedicinelawfirm.com

## NOTICE TO CEASE AND DESIST
## ANY FURTHER COLLECTION ACTIVITY

September 4, 2018

**VIA EMAIL & U.S. PRIORITY MAIL**

South Miami Hospital             David R. Friedman
Baptist Health South Florida     6855 Red Road
P.O. BOX 830880                  Suite 500
Miami, FL 33283                  Coral Gables, FL 33143
                                 davidfr@baptisthealth.net

RE:   **Teresa Safie**
      **Account #: 1409947-1**

Dear Sir/Madam:

   I represent Ms. Teresa Safie ("Ms. Safie") in this matter. I write in response to various *Statements*[1] received by Ms. Safie from South Miami Hospital ("the Hospital") wherein a balance in the amount of $7,965.30 is reflected related to service dates September 30, 2017 through October 1, 2017. Ms. Safie disputed these charges and requested additional information from South Miami by letter dated June 27, 2018 via Priority Overnight Mail. She also made several attempts to resolve this dispute by telephone, but was unable to reach anyone to assist her. Thereafter, she received a statement dated August 21, 2018 from a collection agency, One Advantage LLC. A copy of the letter sent to South Miami and the statement from One Advantage is enclosed here for your reference. It is our position that this account was improperly sent to collections, as Ms. Safie timely disputed the charges and also requested itemized billing information which was never provided by South Miami. According to Ms. Safie's records any and all charges during the treatment period should have been covered by her health insurer.

   The statements she received contained no description of services and were *vague* and *ambiguous*. This ambiguity deprived Ms. Safie of her right to fully understand the statements and her *legal rights of disclosure* related to medical services because insufficient information was given. As such, clarification is necessary.

   Please provide an itemized list of charges for the services billed and an explanation of the charges. This is not a request for medical records only an itemized list of the charges with an

---

[1] Statements dated May 19, 2018 and June 30, 2018

In Re: Teresa Safie
Account No.: 1409947-1
Page 2 of 2

explanation of each specific charge next to each line item in accordance with §381.026 (4)(c)(7), Fla. Stat.[2] including the following:

1. Specific details related to the services performed by medical professionals for the dates listed, including but not limited to:

    a. name(s) of the treating physician(s), technician(s), and/or provider(s);
    b. name of any medical staff that performed services;
    c. details of any and all medical equipment used;
    d. details of any and all medical drugs administered;
    e. medical billing codes used, including ICD9, ICD10, CPT codes; and
    f. any and all provider numbers used to bill the insurance company for each service billed.

I request that no further action be taken on this account until disclosure of information is received in accordance with §381.026 (4)(c)(7), Fla. Stat.[3] Furthermore, Sections 458.323 and 459.012 of the Florida Statutes require that a patient receive itemized billing information from medical doctors and osteopathic physicians. The law specifically states that whenever a licensed physician renders professional services to a patient, the physician is required, upon request, to submit to the patient, an itemized statement of the specific services rendered, and the charge for each, no later than the physician's next regular billing cycle which follows the fifth day after the rendering of professional services. A physician may not condition the furnishing of an itemized statement upon prior payment of the bill.

Ms. Safie further disputes the amount of $7,965.30 billed as she believes it is not based upon a reasonable and necessary amount, nor is Ms. Safie legally bound by this billing charge as estimated by South Miami.[4]

Please cease collections and comply with the following request for information **within fifteen (15) days from the date of this letter**. An Authorization for Release of Protected Health Information directed to release information to this firm signed by Ms. Safie is enclosed for your reference.

Respectfully submitted,

*Maria Safi*

Maria T. Santi, Esq.

Enclosure(s)
cc:     Teresa Safie (*via e-mail only*)

---

[2] §381.026, Fla. Stat. delineates the Florida Patient's Bill of Rights and Responsibilities. §381.026 (4)(c)(7), Fla. Stat. **specifically states** that a patient has a right to receive copy of an itemized bill **upon request**. A patient has a right to be given an *explanation of charges upon request*.
[3] *Id.*
[4] *A.J. v. State*, 677 So.2d 935, 937 (4th DCA 1996)

# South Miami Hospital
**BAPTIST HEALTH SOUTH FLORIDA**
P.O. Box 830880 ■ Miami, FL 33283



006047
0101

44223

PAGE: 1 of 1

**IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.**

CHECK CARD USING FOR PAYMENT
☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AMERICAN EXPRESS

CARD NUMBER | AMOUNT
SIGNATURE | EXP DATE

| STATEMENT DATE Fecha de Facturación | AMOUNT PAST DUE Saldo Atrasado | ACCOUNT NUMBER Número de Cuenta |
|---|---|---|
| 05/30/2018 | | 1409947-1 |

| SERVICE FROM Servicios prestados desde | SERVICE THROUGH Servicios hasta | AMOUNT ENCLOSED |
|---|---|---|
| 09-30-2017 | 10-01-2017 | $ |

SERVICE LOCATION (Ubicación de los Centros de Servicios)
SOUTH MIAMI HOSPITAL

**PAY TO THE ORDER OF**

TERESA D. SAFIE
32155 SW 206TH AVE
MIAMI, FL 33030-2621

SOUTH MIAMI HOSP, INC.
P.O. BOX 198116
ATLANTA, GA 30384-8116

0000140994710000796530301000

44223*T7O0OPQ66000739

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
POR FAVOR, INCLUYA ESTA PORCIÓN CON SU PAGO

**STATEMENT MESSAGE**

Your insurance carrier has informed us that the balance due is your responsibility. Please remit payment to us for the amount due within 20 days. For your convenience we accept all major credit cards.

| DATE Fecha de Entrada | DESCRIPTION Descripción | AMOUNT Cantidad(es) |
|---|---|---|
| 05/30/2018 | BALANCE | $7,965.30 |

You may pay your bill on-line at:
https://billpay.baptisthealth.net

For billing inquiries, please call customer service
Monday - Friday, 9 a.m. - 4:30 p.m. at
**786.596.6507 or Toll Free 800.235.0065**

NAME: Nombre: TERESA D. SAFIE

ACCOUNT NUMBER: 1409947-1
Número de Cuenta:

MC: STATEMENT62   44223*T7O0OPQ66000739

CURRENT ACCOUNT BALANCE
Saldo Corriente                $7,965.30

AMOUNT DUE
Saldo Pendiente                $7,965.30

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION

**A.** I, **TERESA D. SAFIE** (hereinafter "Patient"), **D.O.B.** September 30, 1966, **Social Security Number ending in** 3785  , Account No.1409947-1, authorize that **BAPTIST HEALTH SOUTH FLORIDA and SOUTH MIAMI HOSPITAL** and its agents, attorneys, and personnel to obtain and disclose (within the parameters set out below) the health information and protected health information ("PHI") described below for the following specific purposes:

1) Facilitating the investigation and evaluation of the billing statements related to the medical services that took place from September 30, 2017 through and including October 1, 2017 for the above referenced account.

**B.** The health information obtained, used, or disclosed extends to, and includes, verbal health information as well as written health information and is described as follows:

1) The health information in the custody of **BAPTIST HEALTH SOUTH FLORIDA and SOUTH MIAMI HOSPITAL** related to health care providers who have examined, evaluated, or treated the Patient solely limited to this account.

2) The type of information to be used or disclosed is as follows:

The Patient's medical records and other data in your possession relating to the medical services provided from September 30, 2017 through and including October 1, 2017, at South Miami Hospital, including, but not limited to, medical records, reports, charts, X rays, statements, billing information, itemized billing information and billing codes for medical services provided to the Patient from September 30, 2017 through and including October 1, 2017 to pursue my interests.

You are also authorized to discuss with them my treatment and care and to furnish them with a full medical report, medical summaries, medical billing codes, statements and billing codes for this account, including but not limited to billing statements and invoices.

- Protected health information "PHI" shall be released for the following specific purposes:

  1) Facilitating the investigation and evaluation of the billing practices and charges related to treatment for the Patient.

- The health information obtained, used, or disclosed extends to, and includes, the verbal as well as the written and is described as follows:

The health information in the custody of **BAPTIST HEALTH SOUTH FLORIDA and SOUTH MIAMI HOSPITAL** related to health care providers who have examined the patient, evaluated the medical records, medical bills, medical charges and/or applicable policies, related to the Patient solely limited to this account.

**C.** The person or class of persons to whom the Patient authorizes such health care information to be disclosed or by whom such health care information is to be used:

1

Maria T. Santi, Esquire
Health and Medicine Law Firm, PLLC
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
Telephone: 305-200-8747
msanti@healthandmedicinelawfirm.com
www.healthandmedicinelawfirm.com

**D.** This authorization expressly allows the persons or class of persons listed in section C to use the information for purposes described in paragraphs A and B.

**E.** This authorization expires within one (1) year of the date signed or upon full resolution of this matter.

**F.** The Patient understands that, the information requested in her health record may include information relating to sexually transmitted disease, acquired immune deficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, sexual abuse, and treatment for alcohol and drug abuse or a court order.

**G.** The Patient understands that, without exception, the Patient has the right to revoke this authorization in writing.

**H.** The Patient understands that signing this authorization is not a condition for continued treatment, payment, enrollment, or eligibility for health plan benefits.

**I.** The Patient understands that information used or disclosed under this authorization may be subject to additional disclosure by the recipient and may not be protected by federal HIPAA privacy regulations.

**J.** A copy of this signed authorization shall be effective and valid as the original.

**Patient:** *TERESA D. SAFIE* (Sep 4, 2018)  
Signature  
Date: Sep 4, 2018

**Patient:** TERESA DELMY SAFIE  
Printed Name

**Patient Representative (if applicable):**

_____  
Signature  
Date: Sep 4, 2018

# HIPAA form - South Miami

Adobe Sign Document History                    09/04/2018

| | |
|---|---|
| Created: | 09/01/2018 |
| By: | Maria Santi (msanti@healthandmedicinelawfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAARsFpGTrMer2UE5YShQqw0Lm8x-CFa3aE |

## "HIPAA form - South Miami" History

- Document uploaded by Maria Santi (msanti@healthandmedicinelawfirm.com) from Acrobat
  09/01/2018 - 1:44:04 PM PDT- IP address: 99.106.27.248

- Document emailed to TERESA D.SAFIE (tdsafie@gmail.com) for signature
  09/01/2018 - 1:45:21 PM PDT

- Document viewed by TERESA D.SAFIE (tdsafie@gmail.com)
  09/02/2018 - 6:22:40 AM PDT- IP address: 66.102.7.234

- Document e-signed by TERESA D.SAFIE (tdsafie@gmail.com)
  Signature Date: 09/04/2018 - 6:20:03 AM PDT - Time Source: server- IP address: 162.226.143.136

Adobe Sign

Page 1 of 2



Patient Name: Safie, Teresa D.
Account Number: 1409947-1
Due Date: Upon Receipt

9/15/2018

## REQUEST FOR PAYMENT

### Account Summary

| | |
|---|---|
| Date of Service: | 9/30/2017 |
| Description of Service: | Outpatient Surgery |
| Place of Service: | South Miami Hospital |
| Total Charges | $ 81,703.00 |
| Insurance Payments / Adjustments | - $ 73,737.70 |
| Prior Patient Payments | $ 0.00 |
| **AMOUNT YOU OWE** | **$ 7,965.30** |

Pay online! It's fast, easy, and secure.
https://billpay.baptisthealth.net/



Scan this code to pay with your smart phone.



Our automated system provides up-to-date information about your account 24/7 at 786-596-6507 or toll free at 1-800-235-0065.



See reverse side of this statement for frequently asked questions.

### IMPORTANT MESSAGE

Your insurance carrier has informed us that the balance due is your responsibility. Please remit payment to us for the amount due immediately. Pay online securely at: https://billpay.baptisthealth.net/.

If you have any questions about your out-of-pocket expense, please contact your insurance provider so they can explain how your claim was processed. Your insurance provider determines benefit coverage, and any patient responsibility. Our Baptist Health Customer Service Representatives do not have access to the terms of your insurance policy.

### COMPOSITE EXHIBIT "D"

Statement/62

---

South Miami Hospital
BAPTIST HEALTH SOUTH FLORIDA
PO Box 830880
Miami, FL 33283

**Pay By Mail for Account Number: 1409947-1**

| Amount Due | Due Date | Amount Enclosed |
|---|---|---|
| $ 7,965.30 | Upon Receipt | $ _____ |

024917
901485959
BAP40C 1083048 562503718
Safie, Teresa D.
32155 SW 206TH AVE
HOMESTEAD, FL 33030-2621

Mail Payment Here →

South Miami Hospital
PO Box 198116
Atlanta, GA 30384-8116

00001409947100007965303010000

Page 1 of 2



**BAPTIST HEALTH SOUTH FLORIDA**

|  |  |
|---|---|
| | 9/30/2018 |
| Patient Name: | Safie, Teresa D. |
| Account Number: | 1409947-1 |
| Due Date: | Upon Receipt |

## REQUEST FOR PAYMENT

**Account Summary**

| | |
|---|---|
| Date of Service: | 9/30/2017 |
| Description of Service: | Outpatient Surgery |
| Place of Service: | South Miami Hospital |
| Total Charges | $ 81,703.00 |
| Insurance Payments / Adjustments | - $ 73,737.70 |
| Prior Patient Payments | $ 0.00 |
| **AMOUNT YOU OWE** | **$ 7,965.30** |

Pay online! It's fast, easy, and secure.
https://billpay.baptisthealth.net

VISA


Scan this code to pay with your smart phone.


Our automated system provides up-to-date information about your account 24/7 at 786-596-6507 or toll free at 1-800-235-0065.


See reverse side of this statement for frequently asked questions.

## IMPORTANT MESSAGE

We previously notified you that the balance due is your responsibility. Our records indicate that we have not received payment for the account balance. We are requesting that you please pay the amount due immediately. If we do not receive your payment within 15 days we will consider your account past due. Pay online securely at: https://billpay.baptisthealth.net.

If you have any questions about your out-of-pocket expense, please contact your insurance provider so that they can explain how your claim was processed. Your insurance provider determines benefit coverage, and any patient financial responsibility. Our Baptist Health Customer Service Representatives do not have access to the terms of your insurance policy.

901485959

Statement63

---

**Pay By Mail for Account Number: 1409947-1**

South Miami Hospital
BAPTIST HEALTH SOUTH FLORIDA
PO Box 830880
Miami, FL 33283

| Amount Due | Due Date | Amount Enclosed |
|---|---|---|
| $ 7,965.30 | Upon Receipt | $ _____ |

018402

DAP40G 1090901 00027 1007
Safie, Teresa D.
32155 SW 206TH AVE
HOMESTEAD, FL 33030-2621

Mail Payment Here →

South Miami Hospital
PO Box 198116
Atlanta, GA 30384-8116

0000140994710000796530301000